December 1, 1911, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel defendants to place the position of special agent in the department of excise in the exempt class.

*Simon Fleischmann, Louis M. King* and *A. M. Sperry* for appellant.

*Thomas Carmody, Attorney-General (Franklin Kennedy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CAIUS A. WEAVER, Respondent, *v.* WILLIAM W. FARLEY, as State Commissioner of Excise, Appellant.

*People ex rel. Weaver* v. *Farley*, 147 App. Div. 420, affirmed.
(Argued February 4, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1911, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator in the position of special agent in the department of excise.

*Simon Fleischmann, Louis M. King* and *A. M. Sperry* for appellant.

*Samuel H. Salisbury* and *Edward J. Halter* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.